**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEREMIAH CUMMINGS<br><br>( Plaintiff)<br><br>v.<br><br>SOUL TRAIN HOLDINGS, LLC<br>INTERMEDIA ADVISORS, LLC<br>INTERMEDIA PARTNERS, LP<br>INTERMEDIA PARTNERS VII, LP<br>DIRECT HOLDINGS AMERICAS, INC.<br>ANTHONY CORNELIUS<br><br>(Defendants) | Civil Action No: 14-cv-00036 (LGS)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)A)(ii) – Dismissal of All Claims Against A Single Defendant** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Jeremiah Cummings, and the particular Defendant, Anthony Cornelius, through their respective attorneys, that the above-captioned action is voluntarily dismissed with respect to all claims against Defendant Anthony Cornelius only, pursuant to the Federal Rules of Civil Procedure 41(a)(1)A)(ii).

FOR PLAINTIFF:

Deanna L. Baxam
Attorney for Plaintiff *(pro hac vice)*
BAXAM LAW GROUP, LLC
2180 Satellite Boulevard, Suite 400 Duluth, GA 30097
Tel: (678) 462-0041
Fax: (888) 425-7365
Email: dbaxam@baxamlaw.com

Dated Sept. 15, 2014

FOR DEFENDANT ANTHONY CORNELIUS:

Stephen F. Moeller
Attorney for Defendant
VALENSI ROSE, PLC
1888 Century Park East, Suite 1100
Los Angeles, CA 90067
Tel: (310) 277-8011
Fax: (310) 277-1706
Email: SFM@vrmlaw.com

Dated SEPT. 15, 2014

Endorsement of the remaining defendants:

FOR DEFENDANTS:
SOUL TRAIN HOLDINGS, LLC
INTERMEDIA ADVISORS, LLC
INTERMEDIA PARTNERS, LP
INTERMEDIA PARTNERS VII, LP
DIRECT HOLDINGS AMERICAS, INC.

Rita Haeusler
Attorney for Defendants *(pro hac vice)*
HUGHES HUBBARD & REED, LLP
350 South Grand Avenue, Suite 3600
Los Angeles, CA 90071
Tel: (213) 613-2896
Email: Haeusler@ hugheshubbard.com

Dated Sept 22, 2014