USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2014

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIAH CUMMINGS<br><br>( Plaintiff)<br><br>v.<br><br>SOUL TRAIN HOLDINGS, LLC<br>INTERMEDIA ADVISORS, LLC<br>INTERMEDIA PARTNERS, LP<br>INTERMEDIA PARTNERS VII, LP<br>DIRECT HOLDINGS AMERICAS, INC.<br>ANTHONY CORNELIUS<br><br>(Defendants) | Civil Action No: 14-cv-00036 (LGS)<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)A)(ii) -- Dismissal of All Claims Against A Single Defendant |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Jeremiah Cummings, and the particular Defendant, Anthony Cornelius, through their respective attorneys, that the above-captioned action is voluntarily dismissed with respect to all claims against Defendant Anthony Cornelius only, pursuant to the Federal Rules of Civil Procedure 41(a)(1)A)(ii).

FOR PLAINTIFF:

*[signature]*

Deanna L. Baxam
Attorney for Plaintiff *(pro hac vice)*
BAXAM LAW GROUP, LLC
2180 Satellite Boulevard, Suite 400 Duluth, GA 30097
Tel: (678) 462-0041
Fax: (888) 425-7365
Email: dbaxam@baxamlaw.com

Dated Sept. 15, 2014

FOR DEFENDANT
ANTHONY CORNELIUS:

*[signature]*

Stephen F. Moeller
Attorney for Defendant
VALENSI ROSE, PLC
1888 Century Park East, Suite 1100
Los Angeles, CA 90067
Tel: (310) 277-8011
Fax: (310) 277-1706
Email: SFM@vrmlaw.com

Dated SEPT. 15, 2014

Endorsement of the remaining defendants:

> FOR DEFENDANTS:
> SOUL TRAIN HOLDINGS, LLC
> INTERMEDIA ADVISORS, LLC
> INTERMEDIA PARTNERS, LP
> INTERMEDIA PARTNERS VII, LP
> DIRECT HOLDINGS AMERICAS, INC.
>
> *[signature]*
>
> Rita Haeusler
> Attorney for Defendants *(pro hac vice)*
> HUGHES HUBBARD & REED, LLP
> 350 South Grand Avenue, Suite 3600
> Los Angeles, CA 90071
> Tel: (213) 613-2896
> Email: Haeusler@ hugheshubbard.com
>
> Dated Sept 22, 2014

Dated: September 25, 2014
New York, New York

SO ORDERED

*[signature]*

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE