UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                :
JEREMIAH CUMMINGS,                       :
                           Plaintiff,     :
                                        :    14 Civ. 36 (LGS)
                 -against-              :
                                        :    <u>ORDER</u>
SOUL TRAIN HOLDINGS LLC, et al.,    :
                           Defendants.  :
                                               :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS a status conference is scheduled in this matter for December 10, 2014, at 10:30 a.m.

       WHEREAS discovery was extended in this matter by order dated November 3, 2014.

       It is hereby ORDERED that the status conference, scheduled for December 10, 2014, at 10:30 a.m., is CANCELLED.

Dated:     December 8, 2014
              New York, New York

                                                        LORNA G. SCHOFIELD
                                                  **UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/08/2014