```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  12/15/2014
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JEREMIAH CUMMINGS,

                        Plaintiff,                            14 **CIVIL** 36 (LGS)

         -against-                                     **JUDGMENT**

SOUL TRAIN HOLDINGS LLC, et al.,
                        Defendants.
-------------------------------------------------------------X

Defendants having moved to dismiss the Second Amended Complaint ("SAC") pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Lorna G. Schofield, United States District Judge, and the Court, on December 12, 2014, having rendered its Opinion and Order (Doc. #78) granting Defendants' motion to dismiss and directing the Clerk of Court to close the motion at Docket No.32 and to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 12, 2014, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
            December 15, 2014

                                                             **RUBY J. KRAJICK**

                                                              _____
                                                              **Clerk of Court**
                             **BY:**    *K. Mango*
                                                               _____
                                                               **Deputy Clerk**